



FILED

AUG 30 2013

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON 2013-01 GRAND JURY
AUGUST 27, 2013 SESSION

UNITED STATES OF AMERICA

v.

JAMES GREGORY GLICK,
GUY R. MILLER,
SHAWN C. SIMON and
WILLIAM JAMEY THOMPSON

CRIMINAL NO. 2:13-cr-00225

18 U.S.C. § 1349
18 U.S.C. § 1343
18 U.S.C. § 2
18 U.S.C. § 1341
18 U.S.C. § 844(h)(1)
18 U.S.C. § 844(n)
18 U.S.C. § 844(i)
18 U.S.C. § 1512(c)(1)
18 U.S.C. § 1957
31 U.S.C. § 5324(a)(3)
31 U.S.C. § 5324(d)(2)

I N D I C T M E N T

The Grand Jury Charges:

COUNT ONE
(Conspiracy To Commit Mail Fraud and Wire Fraud)

At all relevant times:

The Conspiracy

1.   From at least November 2011 through and until the
present, in or near Logan, Logan County, Charleston, Kanawha
County, and within the Southern District of West Virginia
and elsewhere, Defendants JAMES GREGORY GLICK, GUY R.

MILLER, SHAWN C. SIMON, WILLIAM JAMEY THOMPSON, and others known and unknown to the Grand Jury, did knowingly conspire to commit offenses under Chapter 63 of Title 18 of the United States Code, that is having devised and intended to devise a scheme and artifice to defraud and to obtain money in the form of insurance proceeds from General Star Indemnity Company ("General Star") by means of materially false and fraudulent pretenses, representations, and promises, and the concealment and omission of material facts, and for the purpose of executing such scheme, did knowingly deposit and cause to be deposited matter and things to be sent and delivered by a private and commercial interstate carrier, and take and receive therefrom, any such matter and thing, and knowingly cause to be delivered by mail and such carrier according to the direction thereon, at the place at which it is directed to be delivered by the person to whom it is addressed, any such matter and thing in violation of 18 U.S.C. § 1341 and did knowingly transmit and cause to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds in violation of 18 U.S.C. § 1343.

## Background

2.   Defendant JAMES GREGORY GLICK operated a restaurant and bar known as 317 Steakhouse situated at or near 110 Stratton Street in the town of Logan, Logan County, West Virginia.

3.   A person known to the Grand Jury ("Known Person One") and another person known to the Grand Jury ("Known Person Two") operated a residential real estate appraisal business in and around Logan, Logan County, West Virginia.

4.   Defendant WILLIAM JAMEY THOMPSON operated an independent insurance agency doing business under the name Baisden & Associates, with its office at 116 Nick Savas Drive, Logan, Logan County, West Virginia.

5.   Defendant GUY R. MILLER operated a Kirby brand vacuum sales and service business in and around Logan, Logan County, West Virginia and an exotic dance club known as "L.A.'s Finest" in or near Logan, Logan County, West Virginia.

6.   Defendant SHAWN C. SIMON, a known associate and first cousin to defendant GUY R. MILLER, occasionally worked for defendant GUY R. MILLER.

7.   A person known to the Grand Jury ("Known Person Three") was a known associate of defendant GUY R. MILLER.

8.   111 Stratton Street was a vacant commercial rental property located directly across the street from 317 Steakhouse in the town of Logan, Logan County, West Virginia.

### The Object of the Conspiracy

9.   The object of the conspiracy was for the defendants to enrich themselves by intentionally inflating the amount of insurance coverage provided for 111 Stratton Street and then intentionally setting fire to said building in order to unlawfully collect the insurance proceeds on a fire loss claim.

### Manner and Means of the Conspiracy

10.  Defendants would and did use the following manner and means in furtherance of the conspiracy.

11.  In or about November 2011, Known Person One and defendant JAMES GREGORY GLICK would and did agree to have 111 Stratton Street intentionally burned in order to collect the insurance proceeds.

12.  Known Person One and defendant JAMES GREGORY GLICK would and did agree to pay defendant WILLIAM JAMEY THOMPSON

approximately $75,000 to obtain an inflated insurance policy and Known Person One and defendant JAMES GREGORY GLICK split the remaining insurance proceeds after reimbursing Known Person One the initial purchase price.

13.   Known Person One would and did purchase 111 Stratton Street on or about December 30, 2011, for $45,000, as reflected on a deed filed on January 11, 2012, in the Logan County Courthouse at Book 606 Page 113.

14.   Known Person One would and did immediately convey 111 Stratton Street to defendant JAMES GREGORY GLICK purportedly for $50,000 on January 9, 2012, as reflected on a deed filed on January 13, 2012, in the Logan County Courthouse at Book 606 Page 123.

15. Defendant WILLIAM JAMEY THOMPSON would and did submit an insurance application to an insurance broker on or about January 10, 2012, containing numerous false and fraudulent representations on behalf of defendant JAMES GREGORY GLICK for commercial insurance coverage, including fire loss, for 111 Stratton Street misrepresenting that the replacement cost value of 111 Stratton Street was $1 million.

16. Defendant WILLIAM JAMEY THOMPSON would and did obtain insurance coverage for defendant JAMES GREGORY GLICK from General Star on or about January 17, 2012, based upon intentional false and fraudulent representations and omissions of material facts.

17. Defendant JAMES GREGORY GLICK and Known Person One would and did agree that Known Person Two would ask defendant GUY R. MILLER to execute the arson.

18. Defendant GUY R. MILLER would and did agree to intentionally set fire to 111 Stratton Street.

19. Defendant GUY R. MILLER would and did agree with defendant SHAWN C. SIMON, Known Person Three, and others known and unknown to the Grand Jury to assist in the execution of the arson.

20. On or about February 1, 2012, defendants GUY R. MILLER, SHAWN C. SIMON, Known Person Three, aided and abetted by others known and unknown to the Grand Jury, would and did spread gasoline throughout the main floor and set fire to 111 Stratton Street.

21. Defendant WILLIAM JAMEY THOMPSON would and did submit a false and fraudulent property loss claim notice on

6

behalf of defendant JAMES GREGORY GLICK to General Star on or about February 8, 2012.

22. Defendant JAMES GREGORY GLICK would and did execute a Sworn Statement and Proof of Loss for General Star on or about April 17, 2012, affirmatively representing that he was not involved in the February 1, 2012 fire.

23. Defendant JAMES GREGORY GLICK would and did receive a check in the amount of $1,010,000 in insurance proceeds on or about May 15, 2012, from General Star.

24. Defendant JAMES GREGORY GLICK would and did share a portion of the fraudulently-obtained insurance proceeds with his co-conspirators named herein and others known and unknown to the Grand Jury.

In violation of Title 18, United States Code, Section 1349.

## COUNTS TWO THROUGH FOUR
### (Wire Fraud)

1.   The Grand Jury incorporates paragraphs Two through Twenty Four of Count One as if set forth fully herein.

2.   On or about the following dates, at or near Logan, Logan County, West Virginia, within the Southern District of West Virginia, and elsewhere, for the purpose of executing the above-described scheme, defendants JAMES GREGORY GLICK, GUY R. MILLER, SHAWN C. SIMON, and WILLIAM JAMEY THOMPSON, aided and abetted by each other and others known and unknown to the Grand Jury, knowingly transmitted and caused to be transmitted certain writings, signs, sounds and signals by means of wire communication in interstate commerce, that is, facsimile transmittals from the offices of Baisden & Associates located in or near Logan, Logan County, West Virginia, to Risk Placement Services, Inc., the wholesale insurance broker for General Star, at its office in or near Lexington, Kentucky, as set forth below:

| Count | Approximate Date | Wire |
|-------|------------------|------|
| **Two** | January 10, 2012 | Facsimile transmittal of a commercial insurance application for 111 Stratton Street signed by defendants JAMES GREGORY GLICK and WILLIAM JAMEY THOMPSON |
| **Three** | February 8, 2012 | Facsimile transmittal of a |

8

|  |  | Property Loss Notice for fire loss damage caused to 111 Stratton Street on or about February 1, 2012 signed by defendant JAMES GREGORY GLICK |
|---|---|---|
| **Four** | April 17, 2012 | Facsimile transmittal of a Sworn Statement in Proof of Loss signed by defendant JAMES GREGORY GLICK |

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT FIVE
### (Mail Fraud)

1.    The Grand Jury incorporates paragraphs Two through Twenty Four of Count One as if set forth fully herein.

2.    On or about May 15, 2012, at or near Logan, Logan County, West Virginia, and  within the Southern District of West Virginia and elsewhere, for the purpose of executing the above-described scheme, defendants JAMES GREGORY GLICK, GUY R. MILLER, SHAWN C. SIMON, and WILLIAM JAMEY THOMPSON, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly cause to be delivered by a private and commercial interstate carrier according to the direction thereon, at the place at which it is directed to be delivered by the person to whom it is addressed, such matter and thing, that is, a $1,010,000 check from General Star made payable to defendant JAMES GREGORY GLICK.

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT SIX
### (Use of Fire to Commit Mail Fraud and Wire Fraud)

1.    The Grand Jury incorporates paragraphs Two through Twenty Four of Count One as if set forth fully herein.

2.    On or about February 1, 2012, in or near Logan, Logan County, West Virginia, within the Southern District of West Virginia and elsewhere, defendants JAMES GREGORY GLICK, GUY R. MILLER, SHAWN C. SIMON, and WILLIAM JAMEY THOMPSON, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly use fire and an explosive to commit a felony that may be prosecuted in a court of the United States, that is, mail fraud in violation of 18 U.S.C. § 1341, wire fraud in violation of 18 U.S.C. § 1343, and conspiracy in violation of 18 U.S.C. § 1349.

In violation of Title 18, United States Code, Sections 844(h)(1) and 2.

## COUNT SEVEN
### (Arson Conspiracy)

1.  The Grand Jury incorporates paragraphs Two through Twenty Four of Count One as if set forth fully herein.

2.  From at least November 2011 through and until the present, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendants JAMES GREGORY GLICK, GUY R. MILLER, SHAWN C. SIMON, and WILLIAM JAMEY THOMPSON, and others known and unknown to the Grand Jury, did knowingly conspire to commit an offense under Chapter 40 of Title 18 of the United States Code, that is, to maliciously damage and destroy, and attempt to damage and destroy, by means of fire and an explosive a two-unit commercial rental property, situated at 111 Stratton Street, Logan, Logan County, West Virginia, used in interstate commerce and used in activity affecting interstate commerce, in violation of 18 U.S.C. § 844(i).

In violation of Title 18, United States Code, Section 844(n).

## COUNT EIGHT
### (ARSON)

1.    The Grand Jury incorporates paragraphs Two through Twenty Four of Count One as if set forth fully herein.

2.    On or about February 1, 2012, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendants JAMES GREGORY GLICK, GUY R. MILLER, SHAWN C. SIMON, and WILLIAM JAMEY THOMPSON, aided and abetted by each other and others known and unknown to the Grand Jury, did maliciously damage and destroy, and attempt to damage and destroy by means of fire and explosive materials, 111 Stratton Street, a two-unit commercial rental property used in interstate commerce and used in activity affecting interstate commerce owned by Defendant JAMES GREGORY GLICK, resulting in personal injury to a public safety officer performing duties as a direct and proximate result of said fire.

In violation of Title 18, United States Code, Section 844(i) and 2.

13

## COUNT NINE
### (Obstruction of Justice)

1.   The Grand Jury incorporates paragraphs Two through Twenty Four of Count One as if set forth fully herein.

2.   On or about February 2, 2012, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendants JAMES GREGORY GLICK, GUY R. MILLER, and SHAWN C. SIMON, aided and abetted by each other and others known and unknown to the Grand Jury, did corruptly alter, destroy, mutilate, and conceal a record and object, that is, a recording on the security system of 317 Steakhouse and attempted to do so, with the intent to impair its integrity and availability for use in an official proceeding concerning the fire that occurred on or about February 1, 2012, at 111 Stratton Street, a property situated across the street from the 317 Steakhouse in the town of Logan, Logan County, West Virginia.

In violation of Title 18, United States Code, Section 1512(c)(1).

## COUNTS TEN THROUGH EIGHTEEN
### (Unlawful Monetary Transactions)

1.   The Grand Jury incorporates paragraphs Two through Twenty Four of Count One as if set forth fully herein.

2.   On or about the dates set forth below, in or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia and elsewhere, Defendant JAMES GREGORY GLICK, aided and abetted by others known and unknown to the Grand Jury, did knowingly engage, and attempt to engage in, and willfully cause, monetary transactions by, through and to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000.00, that is, wire transfers from Account LV-XX033, which represented property having been derived from specified unlawful activity, that is, mail fraud, wire fraud and conspiracy, in violation of Title 18, United States Code, Sections 1341, 1343 and 1349, respectively:

| Count | Date | Monetary Transaction |
|-------|------|----------------------|
| **Ten** | June 1, 2012 | $100,000 electronic funds transfer to LB&T Account XXX4345 held in the name of defendant JAMES GREGORY GLICK |
| **Eleven** | August 27, 2012 | $50,000 wire transfer to Wynn Casino in Las Vegas, Nevada |

15

| **Twelve** | August 27, 2012 | $50,000 electronic funds transfer to LB&T Account XXX4345 held in the name of defendant JAMES GREGORY GLICK |
|---|---|---|
| **Thirteen** | September 28, 2012 | $25,000 electronic funds transfer to LB&T Account XXX4345 held in the name of defendant JAMES GREGORY GLICK |
| **Fourteen** | March 8, 2013 | $15,000 electronic funds transfer to LB&T Account XXX4345 held in the name of defendant JAMES GREGORY GLICK |
| **Fifteen** | March 15, 2013 | $25,000 electronic funds transfer to LB&T Account XXX4345 held in the name of defendant JAMES GREGORY GLICK |
| **Sixteen** | March 19, 2013 | $25,000 wire transfer to Wynn Casino in Las Vegas, Nevada |
| **Seventeen** | May 6, 2013 | $49,160.32 wire transfer to LB&T Account held in the name of Abraham Ilderton PLLC |
| **Eighteen** | May 24, 2013 | $125,000 wire transfer to LB&T Account held in the name of defendant JAMES GREGORY GLICK |

In violation of Title 18, United States Code, Sections 1957 and 2.

16

## COUNTS NINETEEN through THIRTY SIX
## (Structuring)

1.   The Grand Jury incorporates paragraphs Two through Twenty Four of Count One as if set forth fully herein.

2.   On or about the following dates, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia and elsewhere, Defendant JAMES GREGORY GLICK, aided and abetted by others known and unknown to the Grand Jury, did knowingly and for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure, assist in structuring, and attempt to structure and assist in structuring, transactions with Logan Bank & Trust ("LB&T") a domestic financial institution as defined by 31 U.S.C. § 5312, and did so while violating other laws of the United States, that is, 18 U.S.C. §§ 1341 (mail fraud), 1343 (wire fraud), 1349 (conspiracy) and 26 U.S.C. § 7201 (tax evasion):

| Count | Date | Type | Amount |
|---|---|---|---|
| Nineteen | October 7, 2008 | Deposit | $ 9,500.32 |
| Twenty | October 8, 2008 | Deposit | $ 9,900.00 |
| Twenty One | October 9, 2008 | Deposit | $ 7,500.00 |
| Twenty Two | October 9, 2008 | Deposit | $ 9,900.00 |
| Twenty Three | October 6, 2009 | Withdrawal | $ 9,900.00 |

| Twenty Four  | February 24, 2010 | Deposit    | $ 8,500.00 |
| Twenty Five  | April 12, 2010    | Deposit    | $ 9,500.00 |
| Twenty Six   | April 14, 2010    | Deposit    | $ 9,500.00 |
| Twenty Seven | April 15, 2010    | Deposit    | $ 9,500.00 |
| Twenty Eight | April 16, 2010    | Deposit    | $ 9,900.00 |
| Twenty Nine  | August 28, 2012   | Withdrawal | $ 9,700.00 |
| Thirty       | August 29, 2012   | Withdrawal | $ 9,500.00 |
| Thirty One   | August 30, 2012   | Withdrawal | $ 9,800.00 |
| Thirty Two   | October 2, 2012   | Withdrawal | $ 9,700.00 |
| Thirty Three | March 19, 2013    | Withdrawal | $ 9,500.00 |
| Thirty Four  | May 28, 2013      | Withdrawal | $ 9,500.00 |
| Thirty Five  | May 29, 2013      | Withdrawal | $ 9,500.00 |
| Thirty Six   | May 31, 2013      | Withdrawal | $ 9,500.00 |

$170,300.32

In violation of Title 31, United States Code, Sections 5324(a)(3) and (d)(2); Title 31, Code of Federal Regulations, Section 103.11; and Title 18, United States Code, Section 2.

18

## MAIL FRAUD AND WIRE FRAUD CONSPIRACY FORFEITURE
### (All Defendants)

In accordance with 28 U.S.C. § 2461(c), 18 U.S.C. § 981(a)(1)(C), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendants JAMES GREGORY GLICK, GUY R. MILLER, SHAWN C. SIMON, and WILLIAM JAMEY THOMPSON for a violation of 18 U.S.C. § 1349 (conspiracy) as set forth in Count One of this Indictment or any of the violations of 18 U.S.C. § 1341 (mail fraud) as set forth in Counts Two through Four of the Indictment or a violation of 18 U.S.C. § 1343 (wire fraud) as set forth in Count Five of the Indictment, Defendants each shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violations or a conspiracy to commit such offenses including, but not limited to, the sum of $1,010,000, more or less, in United States currency in that such sum in aggregate constitutes the proceeds of the scheme to defraud General Star as set forth more fully in Count One of the Indictment, for which sum the United States intends to seek the entry of a judgment and the defendants shall be jointly and severally liable.

### ARSON FORFEITURE
### (All Defendants)

In accordance with 28 U.S.C. § 2461(c), 18 U.S.C. § 981(a)(1)(C), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendants JAMES GREGORY GLICK, GUY R. MILLER, SHAWN C. SIMON, and WILLIAM JAMEY THOMPSON for a violation of 18 U.S.C. § 844 as charged in Counts Seven and Eight of this Indictment, Defendants shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such violations including, but not limited to, the sum of $1,010,000, more or less, in United States currency in that such sum in aggregate constitutes the proceeds derived from the arson offenses set forth in Counts Seven and Eight, for which sum the United States intends to seek the entry of a judgment and the defendants shall be jointly and severally liable.

## FORFEITURE FOR UNLAWFUL MONETARY TRANSACTIONS
### (Defendant JAMES GREGORY GLICK ONLY)

In accordance with 18 U.S.C. § 982(a)(1) and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant JAMES GREGORY GLICK for a violation of 18 U.S.C. § 1957 (unlawful monetary transactions), as set forth in Counts Ten through Eighteen of this Indictment, Defendant shall forfeit to the United States any property, real or personal, which was involved in or is traceable to property involved in such offense including, but not limited to, the following sums, more or less, constituting the criminally derived property that was involved in each illegal monetary transaction alleged in Counts Ten through Eighteen, respectively of the Indictment, and for which sums the United States intends to seek the entry of a judgment:

| Count | Amount |
|---|---|
| Ten | $100,000 |
| Eleven | $50,000 |
| Twelve | $50,000 |
| Thirteen | $25,000 |
| Fourteen | $15,000 |
| Fifteen | $25,000 |
| Sixteen | $25,000 |
| Seventeen | $49,160.32 |
| Eighteen | $125,000 |

21

## STRUCTURING FORFEITURE
### (Defendant JAMES GREGORY GLICK ONLY)

In accordance with 31 U.S.C. § 5317(c)(1) and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant JAMES GREGORY GLICK, for a violation of 31 U.S.C. § 5324(a)(3) (structuring) as set forth in Counts Nineteen through Thirty Six of this Indictment, Defendant shall forfeit to the United States any property, real or personal, which was involved in or is traceable to property involved in such offense including, but not limited to, the following sums, more or less, in United States currency in that each sum constitutes the funds involved in the illegal structured currency transactions alleged in Counts Nineteen through Thirty Six of the Indictment, for which sum the United States intends to seek the entry of a judgment:

| Count | Amount |
|-------|--------|
| Nineteen | $ 9,500.32 |
| Twenty | $ 9,900.00 |
| Twenty One | $ 7,500.00 |
| Twenty Two | $ 9,900.00 |
| Twenty Three | $ 9,900.00 |
| Twenty Four | $ 8,500.00 |
| Twenty Five | $ 9,500.00 |

| | |
|---|---|
| Twenty Six | $  9,500.00 |
| Twenty Seven | $  9,500.00 |
| Twenty Eight | $  9,900.00 |
| Twenty Nine | $  9,700.00 |
| Thirty | $  9,500.00 |
| Thirty One | $  9,800.00 |
| Thirty Two | $  9,700.00 |
| Thirty Three | $  9,500.00 |
| Thirty Four | $  9,500.00 |
| Thirty Five | $  9,500.00 |
| Thirty Six | $  9,500.00 |
| | $170,300.32 |

## NOTICE OF INTENT TO FORFEIT SUBSTITUTE ASSETS

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred to, sold to, or deposited with a third person;
- c. has been placed beyond the jurisdiction of the Court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b), 31 U.S.C. § 5317(c)(1)(B) and 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of said property listed above as being subject to forfeiture including, but not limited to, the following:

(a) Certain real property having a street address of 111 Stratton Street, Logan, Logan County, West Virginia, together with all improvements thereon and appurtenances thereto and being more fully described in that certain deed dated January 9, 2012, and recorded in the Office of the Clerk of the County Commission for Logan County, West Virginia, in Deed

24

Book 606 at page 123. Said property is presently titled solely in the name of defendant JAMES GREGORY GLICK;

(b) Certain real property consisting of three parcels, nos. 5, 6 and the western half of no. 7 in Block 8 of the Middelburg Addition to the City of Logan, having a street address of 123 River Road, Logan, Logan County, West Virginia, together with all improvements thereon and appurtenances thereto, and being more particularly described in that certain deed dated September 6, 2012, and recorded in the Office of the Clerk of the County Commission for Logan County, West Virginia, in Deed Book 609 at page 199. Said property is presently titled solely in the name of defendant JAMES GREGORY GLICK;

(c) Certain real property having a street address of 592 Walnut Street, Logan, Logan County, West Virginia, together with all improvements thereon and appurtenances thereto, and being more particularly described in that certain deed dated April 12, 2010, and recorded in the Office of the Clerk of the County Commission for Logan County, West Virginia, in Deed Book 598 at page 561. Said property is

presently titled solely in the name of defendant
JAMES GREGORY GLICK;

(d) Certain real property consisting of .40 acres,
having a street address of 275 Airport Road, Logan,
Logan County, West Virginia, together with all
improvements thereon and appurtenances thereto, and
being more particularly described in that certain
deed dated July 5, 2011, and recorded in the Office
of the Clerk of the County Commission for Logan
County, West Virginia, in Deed Book 604 at page 120.
Said property is presently titled in the names of
defendant WILLIAM JAMEY THOMPSON and another person;

(e) Cashier's check #306701 dated June 20, 2013, in
the amount of $21,372.09 seized from Logan Bank &
Trust Account XXX4345 held in the name of defendant
JAMES GREGORY GLICK and his deceased father, Phil
Glick, Jr.;

(f) All funds on deposit in Logan Bank & Trust
Account XXX4345 held in the name of defendant JAMES
GREGORY GLICK and his deceased father Phil Glick,
Jr.;

(g) Cashier's check #31980 dated June 20, 2013 in the
amount of $20,038.45 seized from Premier Bank

26

Account XXX5795 held in the name of defendant JAMES GREGORY GLICK;

(h) All funds on deposit in Premier Bank Account XXX5795 held in the name of defendant JAMES GREGORY GLICK;

(i) Wire transfer in the amount of $440,434.93 dated on or about June 20, 2013, from UBS Financial to the United States Treasury representing all funds seized from UBS Account LV XX033 held in the name of defendant JAMES GREGORY GLICK;

(j) All funds on deposit in UBS Account LV XX033 held in the name of defendant JAMES GREGORY GLICK;

(k) A 2009 Chevrolet Tahoe with VIN 1GNFK23069R214454 registered with the West Virginia Division of Motor Vehicles in the name of defendant JAMES GREGORY GLICK;

(l) A 2000 Donzi 28 ZX/Daytona Boat with Hull # DNAZ7012I900 registered with the West Virginia Division of Motor Vehicles in the name of defendant WILLIAM JAMEY THOMPSON; and

(m) A 2009 Chevrolet Malibu with VIN 1G1ZJ57B994156004 registered with the West Virginia

27

Division of Motor Vehicles in the name of defendant SHAWN C. SIMON or another person.

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: _____

THOMAS C. RYAN
Assistant United States Attorney

28