AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF West Virginia

United States of America
V.
James Gregory Glick, et al

**EXHIBIT AND WITNESS LIST**

Case Number: 2:13-cr-00225

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Dwane L. Tinsley | Thomas Ryan | James Cagle, et al |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | Ayme Cochran | Tabitha Lair |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | X | 9/6/2013 | X | X | Glick Def Exhibit 2 - Summary of Prospective Evidence |
| | X | 9/6/2013 | | | Def Glick Witness - Carl David Runyon |
| | X | 9/6/2013 | | | Def Glick Witness - Amy Veres |
| | X | 9/6/2013 | | | Def Glick Witness - Amanda Pridemore |
| | X | 9/6/2013 | | | Def Glick Witness - Terri Craft |
| | X | 9/6/2013 | | | Def Glick Witness - James Michael Burgess |
| | X | 9/6/2013 | X | X | Glick Def Exhibit 1 - Justification of Surety |
| | X | 9/6/2013 | | | Def Miller Witness - Annette Miller |
| | X | 9/6/2013 | | | Def Simon Witness - Billie Ruth Simon |
| | X | 9/6/2013 | | | Def Simon Witness - Cheyney Straughter |
| | X | 9/6/2013 | | | Def Thompson Witness - Beth Thompson |
| X | | 9/6/2013 | | | Gov't Witness: S/A Jeffrey Richard Goode, IRS |
| X | | 9/6/2013 | X | X | Gov't Exhibit 1 - CD of Audio Recording |
| X | | 9/6/2013 | X | X | Gov't Exhibit 2 - CD of Audio Recording |
| X | | 9/6/2013 | X | X | Gov't Exhibit 3 - CD of Audio Recording |
| X | | 9/6/2013 | X | X | Gov't Exhibit 4 - CD of Audio Recording of phone call |
| X | | 9/6/2013 | X | X | Gov't Exhibit 5 - CD of Audio Recording |
| X | | 9/6/2013 | | | Gov't Witness - Douglas Killen |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages