```
       UNITED STATES DISTRICT COURT FOR THE
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     CHARLESTON
```

**UNITED STATES OF AMERICA**

    **v.**                                 **CRIMINAL NO. 2:13-00225-01**

**JAMES GREGORY GLICK**

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, on November 6, 2013, the defendant, James Gregory Glick, appeared before this Court, with the assistance of counsel, and pled guilty to violations of 18 U.S.C. §§ 844(i), 1349, 1957 and 31 U.S.C. 5324(a)(3) and (d)(2) (arson, conspiracy to commit wire and mail fraud, engaging in unlawful monetary transactions and structuring), as charged in Counts One, Eight, Eighteen and Twenty-Six of the 36-count information filed in this case; and

WHEREAS, under the terms of his plea agreement, the defendant consented to the entry of judgment against him in the amount of $488,954.46, which sum represents a portion of the proceeds traceable to certain offenses to which the defendant has pled guilty, that is, to Counts One, Eighteen and Twenty-Six. The plea agreement further identified assets that the defendant agreed to forfeit to the United States, in full and complete satisfaction of the forfeiture judgment.

ACCORDINGLY, based on the foregoing, the Court hereby

ORDERS that judgment is hereby entered against James Gregory Glick in the amount of $488,954.46.

The Court further ORDERS that any and all interest of the defendant, James Gregory Glick, in and to the following property be and the same hereby is FORFEITED to the United States, in full and complete satisfaction of the forfeiture judgment entered herein:

1. Cashier's check #306701 dated June 20, 2013, in the amount of $21,372.09 seized from Logan Bank & Trust Account XXX4345 held in the name of Mr. Glick (CATS No. 13-IRS-001498);

2. Cashier's check #31980 dated June 20, 2013, in the amount of $20,038.45 seized from Premier Bank Account XXX5795 held in the name of Mr. Glick (CATS No. 13-IRS-001499);

3. The remaining balance of approximately $318.34, more or less, in Premier Bank Account XXX5795 held in the name of Mr. Glick;

4. Wire transfer in the amount of $440,434.93 dated on or about June 20, 2013, from UBS Financial to the United States Treasury, representing funds seized from UBS Account LV XX033, held in the name of Mr. Glick (CATS NO. 13-IRS-001500);

5. Wire transfer in the amount of $1,173.79 dated on or about June 20, 2013, from UBS Financial to the United States Treasury representing funds seized from UBS Account LV XX033 held in the name of Mr. Glick; and

6. The remaining balance of approximately $216.86 in UBS Account LV XX033 held in the name of Mr. Glick.

The Court ORDERS that the Internal Revenue Service, or its duly authorized custodian, shall seize or otherwise take into custody any of Item Nos. 1 through 6 listed above that are not already in its possession and shall protect and maintain custody of all Item Nos. 1 through 6 until further Order of the Court.

The Clerk is directed to send certified copies of this Order to counsel of record; to Special Agent Mary Lou Prillaman, IRS Criminal Investigation, 210 First Street, S.W., SE: CI/Suite 503, Roanoke, Virginia, 24011; and to Special Agent Jeff Goode, IRS Criminal Investigation, 150 Court Street, Room 106, Charleston, West Virginia, 25301.

IT IS SO ORDERED this  3rd  day of    December   , 2013.

ENTER:

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

ORDER PREPARED BY:

By:  s/Betty A. Pullin
     Betty A. Pullin, WV Bar Number: 5590
     Attorney for the United States
     United States Attorney's Office
     300 Virginia Street, East, Room 4000
     Charleston, West Virginia 25301
     Telephone: (304) 345-2200
     Fax: (304) 347-5440
     Email: betty.pullin@usdoj.gov

3