# EXHIBIT A

# AUDIO RECORDING
# OF JAMIE THOMPSON

DISK PROVIDED TO
COURT/PROBATION/COUNSEL

ON 5/20/14