# EXHIBIT B

# 7/15/13
# AUDIO RECORDING
# OF GUY MILLER

DISK PROVIDED TO
COURT/PROBATION/COUNSEL
ON 5/20/14