# EXHIBIT C

# 7/16/13
# AUDIO RECORDING
# OF GREGORY GLICK

DISK PROVIDED TO
COURT/PROBATION/COUNSEL
ON 5/20/14