# EXHIBIT D

# 7/18/13 RECORDING

DISK PROVIDED TO
COURT/PROBATION/COUNSEL
ON 5/20/14