# EXHIBIT E

# 8/11/13 RECORDING

DISK PROVIDED TO
COURT/PROBATION/COUNSEL
ON 5/20/14