

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                    CRIMINAL ACTION NO. 2:13-cr-00225-01

JAMES GREGORY GLICK,

Defendant.

**EXHIBIT LIST**

| Gov't No. | Def't No. | Date Identified | Date Admitted | Description | Location* |
|---|---|---|---|---|---|
| | 1 | 5-21-14 | 5-21-14 | letters on behalf of the Defendant | Clerk |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Location options: Clerk; U.S. Atty; U.S. Marshal; Pl. Atty; Def. Atty; agency

LAW OFFICES

# CAREY, SCOTT, DOUGLAS & KESSLER, PLLC

901 CHASE TOWER
707 VIRGINIA STREET, EAST
P. O. BOX 913
**CHARLESTON, WV 25323**

MICHAEL W. CAREY
ROBERT E. DOUGLAS
JOHN A. KESSLER
S. BENJAMIN BRYANT
DAVID R. POGUE

TELEPHONE  (304) 345-1234
TELEPHONE  (304) 342-1111
FACSIMILE   (304) 342-1105

March 7, 2014

Honorable Thomas E. Johnston
Judge, United States District Court
P.O. Box 2546
Charleston, WV 25329

> Re:   <u>United States v. James Gregory Glick</u>
>          Criminal Action No. 2:13-cr-00225-01

Dear Judge:

Enclosed herewith are letters for your consideration in connection with the sentencing of Mr. Glick.

Thank you for your attention to this matter.

Sincerely,

S Ben Bryant

S. Benjamin Bryant

SBB/sdb
Enclosures

cc:   Thomas Ryan, AUSA (w/encl.)
       Matthew R. Lambert, Probation Officer (w/encl.)



DEFENDANT'S
EXHIBIT
James Glick
CASE
NO. 2:13-cr-225-1
5-22-14
EXHIBIT
NO. 1

ANGEL GLICK, MA
LICENSED PSYCHOLOGIST #776
306 MAIN STREET
LOGAN, WV  25601
(304)752-7707/ FAX (304)752-0772


January 21, 2014


To:        Honorable Judge Thomas E. Johnston, Judge
           United States District Court
           300 Virginia Street, East
           Charleston, WV 25301
Re:        Mr. James Gregory Glick


Your Honor,

I am writing this letter to urge leniency in the sentencing of Mr. James
Gregory (Greg) Glick. I have known Greg for 30 years since we were in
junior high school together. We were good friends until we attended West
Virginia University together and started a relationship. We married
approximately six years after college and have remained a couple to this
point. We have two beautiful children, Alyx (age 13) and Jarron (age 9).

We have endured many life trials together and Greg has always been the
rock for me and our families. I always believed that he would make
everything alright and often his strength alone got me through some very
difficult times. That is, until now. We are again facing significant
adversity, but he is not able to provide the comfort and support that
particularly I and my children have grown to depend upon.

In fact, there were many areas of life in which our families depended
upon Greg. When his father became ill during Greg's junior year of
college, he decided to quit school to come home and run the family
restaurant. This choice and Greg's strong work ethic led to a flourishing
business and career that financially supported our family and then
helped support his mother following his father's death in 2003. One of
the things I always admired about Greg was his loyalty to his family. It
breaks my heart to see the grave disappointment he is currently
experiencing feeling as though he let us down.

Community was another area where Greg offered support, particularly in
regard to the youth sports programs. Even before our children were old

enough to play, Greg always donated to local teams and was a sponsor for many athletic teams and events. Once our son and daughter did become involved, Greg's participation increased significantly. He continued to provide financial assistance, but also began coaching several different sports and providing food for concession at a profit only to the sports leagues. Without his assistance this year, we were unable to have our usual football banquet and have had great difficulty finding a coach for our son's age group. His absence in this area is something that our son, daughter, and community miss tremendously.

I am aware of the events regarding his guilty plea and the restitution that will likely be required for the money he obtained. While I believe that everything happens for a reason and everyone must take responsibility for their own actions, I also feel that neither I nor my children are deserving of what this has and will continue to put us through. In addition to the hardships noted above, we will likely lose our home as my income is not enough to allow us to remain there. This is the same home where we brought each of our children from the hospital and they have lived their entire lives. They know no other place as home.

In conclusion, while our marriage may not survive this ordeal, Greg will always be the father of our children and they need their dad present in their daily lives. Greg and I have discussed this at length and it is my belief that he also realizes the gravity of his actions and he is truly despondent regarding what he has done to his family and his community. Because of the significant difficulties that will be faced by our family, I would ask for you, the judge to grant Greg the lowest possible sentence. I believe that the loss of his credentials, loss of respect in the community, and loss of those freedoms (especially spending time with his children) thus far has taken such an effect that he will do whatever it takes to regain and keep those privileges therefore being at no risk for future illegal activity.

Thank you for your consideration.

Sincerely,

Angel Glick
Wife of James Gregory Glick

252 River Drive
Logan, WV    25601

Honorable Thomas E. Johnston, Judge
United States District Court
300 Virginia Street, East
Charleston, WV  25301

RE: United States of America v. James Gregory Glick
      Criminal Action No. 2:13-cr-00225

Dear Judge Johnston,

      Thank you for giving me this opportunity to write this letter of support for my youngest child, James Gregory Glick, referred to as Greg in this letter.  Although Greg endured vicious bullying in elementary school and a diagnosis of Ulcerative Colitis, he took each 'in stride' and continued to be as loveable, caring and outgoing as ever.  He even played little league sports and continued to play until high school where he was finally sidelined with sports injuries both old and new.  Greg never lost his love of sports and firmly believes that participation in athletics is one way to keep children off the street and out of trouble.  He attended WVU for over 2 years, but had to withdraw because he was needed at home.  As is his way, Greg willing, without any resentment, moved home to work with his dad, Phil, every day until he died of  Cancer in 2003. Greg's hard work and outgoing way made our little restaurant what it is today.  He also served his community on Logan City Council for 2 terms as an active, productive member being instrumental in passing a sorely needed "abandon building ordinance" and securing pay raises for both fire and city police departments for example.  In 1996 he married and soon became the proud father of his 2 children, a daughter, Alyx, who as an infant, had to have heart surgery to repair her heart valves and sadly has a form of Crohns Disease which takes daily medication monitoring and scheduled trips to her doctor in Ohio.  After her doctor visits, Greg always takes her to a 'fun place' of her choice like the zoo, King's Island, and others.  Four years later, his son, Jarron, was born.  His children are the loves of Greg's life and he is a loving, caring farther who is actively involved in every facet of their daily lives,  Now, however, because of Greg's one bad decision, he in unable to be a real presence in their world nor can he share some of the happiest years of their precious, formative lives. Today Alyx is a Logan Middle School cheerleader and Jarron plays 3 little league sports.

      Ever since Jarron was old enough to play ball, Greg  has supported the little league program by coaching, sponsoring teams, furnishing uniforms, equipment, concessions stand inventory, and giving unselfishly of his time and resources.  I have witnessed Greg play the role of 'peace maker' when confrontations between players, coaches and/or parents heat up by using reasoning and his great sense of humor to defuse tempers and lighten the mood while at the same time, using the moment to teach the children that violence is never the solution by modeling a better way to solve the problem.  Since Greg is a nonviolent man, his role as a coach gives him the opportunity to be a role model and teacher against violence.  Fairness, sharing and sportsmanship are just some of the other important lessons that he models and teaches his players.  To see tangible proof of Greg's soft and sentimental heart, one only needs to step into

his little office where drawings of him and notes written to him by his children are taped to every wall and door, magnetic pictures of his family on every file cabinet and framed pictures of them on every available flat surface.  Greg still uses his dad's ratty old desk chair, his desk and his old, cracked bank money bag.  In the desk drawers are even rubber banded, tatter notes, addresses and phone numbers in his dad's handwriting.

Being this caring, loving and generous person, Greg immediately responds, without being ask, to each disaster in Logan County and beyond by donating, preparing and delivering meals to the emergency workers and the families involved such as the most recent horrific mine disaster in Boone  County where he did this 3 meals a day for 3 days, the flood in Logan County, and many others over the years.  He also shares whatever he has as the time he gave his only pair of dress shoes to the then restaurant delivery boy so that he could attend his mother's funeral in shoes not tennis shoes.  During the illnesses and deaths in our family, Greg has been at our side with love and support.  Luckily for me, all 3 of my children, have these caring and loving traits and are very close.  Due to all of the stress we are under, my son Michael had a Bi-polar manic episode which resulted in, thankfully, a short hospitalization.   Greg was always there to help Michael in the past, but was not available to do so this time because of his incarceration which has upset him terribly especially since he feels that his situation probably brought on the episode. This is a tragic set back for Michael who had been episode free for 6 years.  Greg takes full responsibility for his bad decision, and the future consequences for same.  However, this one bad choice does not make him a bad person nor does it change the man that we know he truly is.  He is deeply sorry and remorseful for his mistake and expresses it with emotional, heart wrenching apologies constantly.  For this and because he is truly a caring, loving, trustworthy, fine person, we, his family and friends will continue to stand behind him with love and support waiting for the day that Greg is free to be with us, continue to live his life and to once more be a productive asset to his community.  Thank you.


Respectfully submitted,

*Mindy A. Glick*

Mindy A. Glick, mother of James Gregory Glick

**Dee Dee Glick Coggins**
4200 Berry D. Sims Wynd.
Raleigh, NC 27612

January 21, 2014

Honorable Thomas E. Johnston, Judge
United States District Court
300 Virginia Street, East
Charleston, WV 25301

RE:      United States of America v James Gregory Glick
         Criminal Action No. 2:13-cr-00225

Dear Judge Johnston,

I am writing to you in support of my brother Greg. I am the oldest in the family and Greg is six years younger. We grew up in a very loving, caring home in Logan, WV with wonderful parents. I have nothing but fond memories of my little brother. He was my "living baby doll" until I went away to college. I enjoyed watching him play sports and have always been amazed by his athletic ability and have been his biggest cheerleader throughout his life. Greg was thrilled when he first became an uncle to my first-born child. My daughter, Parker, was the first grandchild and niece in the family. Greg and his wife came down to NC to meet their niece shortly after her birth. Three years later, Greg was overjoyed by the birth of his first child, Alyx, and was so excited to have a daughter of his own. He was saddened that she was born with some heart problems that required surgery repairing a valve in her heart as a newborn baby. His love and adoration of Alyx is deeply felt and obvious.

Greg has suffered severe health problems since elementary school and was diagnosed with ulcerative colitis and had to have his colon removed when he was in his twenties at The Cleveland Clinic. Once out of the hospital, my one-year-old daughter and I drove to WV since Greg and his wife were temporarily living with my parents so I could help take care of him and allow them to go back to work. He had a colostomy and needed help using the restroom, showering, changing his bandages and caring for himself. He still suffers with bowel problems daily. He was devastated when he learned his daughter, Alyx, was diagnosed with this horrible disease as well. He has been wonderful taking her frequently to Dr. visits in Ohio and has been extremely supportive of her having been in her shoes.

Greg was again thrilled when his son, Jarron, was born four years later. He would drop everything to take care of his children and putting their needs first. He loves coaching Jarron, as well as, may other children in football, basketball and baseball. His young players look up to and admire Greg. He is very generous with his time to help with the many sports teams.

Greg has been a wonderful role model to my son, Cole, who is thirteen years old and also loves sports. He's an adoring uncle and my two children love time spent with him. Greg is always the first to play with all his nieces and nephews and all children whether it's taking them to a theme park, playing sports with them, playing out in the ocean with them or joking around. He has a great sense of humor and always finds a way to lighten the mood.

Greg has always been very helpful. I remember him helping me move into my dorm each year, never complaining and doing the majority of lifting and carrying. He always lends a helping hand to anyone in need. He's quick to fix things that are broken, be a handyman for my parents and even strangers. Greg was a huge help when he transported our mother back and forth from WV to my home in Raleigh, NC on 2 separate occasions while she had two hip replacement surgeries and for all follow-up doctor appointments.

Greg has always been a hard worker. He's a devoted family man. He's always been the caregiver to our grandmother until she passed away, our father~ especially while he was sick with cancer and to our mother who is now all alone in WV. I know he's worried that she doesn't have any family there now to lend support or help as needed and check in on her daily as he has always done. She has been a widow for over ten years now.

I have never witnessed any violence from my brother. He is accepting of all people and a good friend to many. Although he made a poor decision, my high opinion of Greg stands. I know he is a good person with a great heart and would do anything for our family, anyone in need or me. He has accepted responsibility for his poor decision. I plan to continue to stand beside him as I do now and in the future to offer love and support. Over the past twenty weeks, it has been heartbreaking for our family. I have visited with Greg, written him letters and talked with him on the phone while in jail. He is regretful and I feel confident he will be rehabilitated with lots of support from family and friends. We are anxiously awaiting his release.

I hope this helps you to see the hard working, loving, caring brother that I adore and miss terribly while deciding his immediate future.

Respectfully,

Dee Dee Glick Coggins

Honorable Thomas E. Johnston, Judge
United States District Court
300 Virginia Street East
Charleston, WV  25307

RE: United States Of America v. James Gregory Glick
_____

Criminal Act 2:13-CR-0025


Dear Judge Johnston:

I am writing this letter in support of one of my past employers, most admirable, caring and loyal friends,
James Gregory Glick.

I was initially referred to seek employment with him and his Father, Phil Glick in 2000 by a mutual friend,
Melissa Hicks.  She was seeking a replacement for her position and she thought that I would enjoy this
job.  Melissa knew that I had just been divorced and was on my own financially and assured me that I
would definitely be able to be the sole provider for my daughter, Savannah and I and that I would double
my current salary that I was making at Goody's family clothing at the time.  Greg called me at work a few
times and offered to let me come down and try out this career in bartending and serving and after
witnessing what doubled my current salary in just over a weekend, I put in my notice with my current
employer and was hired by both,  Phil and Greg Glick.

I was employed by Mackadoo's and established a long lasting relationship with Greg and his Father, Phil
of trust and  deep admiration and that of great respect. He had just became a new Father to a beautiful
daughter, Alyx with his wife, Angel.  Greg was a driven and very family oriented man and after a couple of
years, I'm very proud to say that he made me feel as if I had been adopted into this family also as he
welcomed his second child, a son, Jarron during 2004.  I also had deep admiration by the way in which all
of the customers were made to feel as if they were home and among friends. Greg truly respected me for
the kindness and compassion that I showed his customers.  After his Father, Phil passed in 2003, Greg
took the legacy that his Father left for him and he laid down his own path of renovations and remodeled
the restaurant and separated the bar from the other side of the restaurant in order to draw in a more
family oriented business.  His innovation and his dedication doubled the business and no matter how
busy that Greg was or if he was cooking in the back of the house, he came out to check on each
customer to make them feel special. He took the time out of his day to let them know that they're
patronage was truly appreciated. If we knew someone was celebrating a birthday, Greg sent them a free
dessert with a candle and his best regards.  He often bought drinks and dinner for his friends.

I worked for Greg on and off for almost a decade and through those years, He taught me many
things.  He was kind enough to take me under his wing and teach me how to run a business and he also
taught me just how generous that he was with those he called his friend.  He was always there if I needed
advice.   I can look back through the years that if my Daughter and I needed ANYTHING, he always
found out first and would extend his help in anyway that he could.  I can vividly recall this one instance
that my Father was ill and his pacemaker had to be replaced in Huntington.  I was at work at the time that
I got the news and he called me into his office and gave me his credit card for my Daughter and I to be

able to eat and have shelter for the couple of days that I would be gone.  Not only did he wish to finance my trip but he also worked my job the entire weekend that I was gone.  I came back on Monday with his credit card, unused and he wasn't surprised because he knew that I was not someone in his life there to use him for what he could give me.  He knew in his heart that I was a true and loyal friend to him.  He also had found out by one of my coworkers that my dryer had went out and that next Saturday morning, A man from Lowes with a huge giant box with a bright red bow installed my new dryer that Greg bought for me.  He would also would invite my daughter and I to his Mother's Home in North Myrtle Beach during our vacations we took each year and cook for us every fourth of July. Through the course of the many years that I've had the pleasure of his friendship, these are just a few of the smallest gestures of kindness that he has offered me and my Daughter and he never expected anything in return.  I was also trusted enough to watch his children if Greg and Angel spent one night away from work. Greg is and will always be as family to me and I will always be proud to call him, a true and loyal friend.

Over the many years of being fortunate enough to know and have the loyal friendship with Greg that I did.  He is and was an example of loyalty, integrity and great morality.  He exuded his love of our community by being a member of the City Council in Logan.  He will always have my utmost respect.  Greg has a very compassionate heart to those he cares about most. I will always be thankful for all his acts of kindness but I will always hold him in my heart as family and in my life as a true and wonderful friend that I can forever be there to count on.

Sincerely,

Kimberly M. Lukacs

Phillip Michael Glick
2406 Dogwood Lane
Burlington, NC 27215

Honorable Thomas E. Johnston, Judge
United States District Court
300 Virginia Street, East
Charleston, WV 25301

Re:  <u>United States of America v. James Gregory Glick</u>
     Criminal Action No. 2:13-cr-00225

Dear Judge Johnston,

I am writing this letter in support of my younger brother Greg. Greg has always been there to
lend a hand or give his time to listen to what is going on in my life. He is quick with a smile and
a laugh to make everything seem better. He has a way about him that makes you feel like you
are the most important person on the planet and someone you can instantly trust. He has been
there for me during the good times and tough times in my life.

I admire how deeply Greg loves his children. After asking him how he felt when his daughter
Alyx was born, he simply stated it was "instant love." Greg has been a wonderful Dad to his
children Alyx and Jarron. He generously gives his time to coach all of Jarron's sports teams.
He treats all the kids on the team like they were his own. Parents are very glad to have their
children around Greg and to be part of his team.

Greg puts the happiness of others before his own. He is a very caring and loving person. We
have often said in our family that Greg would give you the shirt off his back, if you needed it. He
not only gives his time to the youth sports leagues but also financially supports the less
fortunate children in the league.

Greg has accepted full responsibility for his actions. He realizes that he made a life changing
bad decision that has led us to here. As you can imagine the past 120 days have been
devastating to all of us who know and love Greg. During multiple visits and phone calls with
Greg, the regret is in his voice is unmistakable.

I would like to respectfully ask for your mercy at Greg's sentencing hearing. Greg is someone
who can be rehabilitated and has the support of family and friends to help insure that this will
happen. His poor decision, although life altering, has not changed my high opinion or trust of
my brother. I know he is a good person and will be able to learn from this mistake. I am going
to be standing right beside him through the months and years to come. My family stands
committed to work with Greg towards complete rehabilitation during his confinement. My plan
includes helping him find employment, once he is released. I hope this letter helps you to better
understand my nonviolent brother.

Sincerely,

Phillip Michael Glick

January 15, 2014

Honorable Thomas E. Johnston, Judge
United States District Court
300 Virginia Street, East
Charleston WV 25301

In Re:  United States of America vs. James Gregory Glick
        Criminal Action No. 2:13-cr-00225

To The Honorable Judge Johnston:

James Gregory Glick has been our son-in-law for the past 17 years and
is father to our wonderful grandchildren, Alyx 13 and Jarron 9, who
have been devastated by this turn of events.

As you might imagine we have been in a very good position to know his
character over these many years.  He has always been kind and
generous to us.  Many family vacations have been taken together.  He
never forgets to call us on our birthdays and anniversaries and always
provided us a celebratory dinner at his restaurant.

Greg has helped coach our grandson's football, basketball and baseball
teams, taking time away from his job to make sure they had regular
practices and support at all games, at times providing transportation
and equipment for the children who needed it.

Likewise, he has always been there to support our granddaughter in all
her endeavors such as gymnastics and cheerleading, attending her
competitions wherever they may have been, offering his assistance to
advertise via his restaurant or contributing financially to their
fundraisers.

Greg has been a great contributor to any charitable organization, not
only financially but helping with such things as car washes and sports
competitions to raise money for various teams, even participating in
some of the sports competitions.

He has been a great supporter of all athletic programs in Logan County,
many times offering donations of food and money.  We do know that he

has furnished food, many times at his own expense, to make sure the concession stands at all the athletic events were well stocked and ready to go.

We understand that Greg is accepting full responsibility for his actions and we commend him for that. However, we respectably ask that you consider that he has been a respected member of our community. We know that he has been a good father and has always been willing to help anyone when he saw the need.

Yours truly,

Patricia Sabo

Honorable Thomas E. Johnston, Judge
United States District Court
300 Virginia Street,1 East
Charleston WV, 25301

      RE: United States of America v. James Gregory Glick
          Criminal Action No. 2:13-cr-00225

Dear Judge Johnston,

My name is Barney Goins a life long resident of Logan County WV.   I am writing on
behalf of James Gregory Glick who I have known all his life.  His father and my father
were great friends, through their relationship I came to know Greg.  Thank you in
advance for your kind attention and time you take to read this letter.

I am well aware of the charges Mr. Glick pleaded guilty.  This is not the person I know.
I am not saying he didn't commit the crime,  it isn't Greg as I know him.  If I may, let me
describe the you man as I know him publicly and privately.

Publicly he spent much time and much resources providing the the youth of Logan
County.  He coached teams for Logan Buddy League Basketball and for the Logan Cal
Ripken Baseball League.  I have on many occasions set as a spectator during these
games in which coaches do their best to live their own childhood desires through their
child's' endeavors.  In the fierce competition of this league, the inexperience of the
referees or umpires, the poor calls made during the heat of these contests as well as the
lack of skills by the young athletes, Greg's self discipline is evident.  I have never seen
him verbally or physically confront a referee or umpire. I have never seen him belittle
one of his players.  I have never seen him challenge one the parents of his participants
even though the parents challenged him.  I have never seen him argue with the opposing
coaches.  He demonstrated self control and self discipline. A person that could have been
a coach for my child.

Privately he paid for equipment for not only the players but for the employees at 317. An
example one of his employees didn't have the money for gifts for her daughter for
Christmas,  he provided gifts for her daughter and my granddaughter.  I know he has
given money to churches and charitable entities in Logan for helping the underprivileged
items such as clothing and food.  He gave without public display and fanfare.

He being of Jewish decent has been subject to ridicule in not a private manner.  I know
of an incident when one person who referred to his business as Jew 17.  This comment
was not made quietly and was well within his hearing. I know he heard the remark
because I heard what was said. Greg didn't respond or act as if he heard the comment he
just went his way smiling.  He never commented about this incident.

Greg has always been kind and friendly to myself and family and respected by folks in
this community.
Evidently, Greg committed this act otherwise he would not have pleaded guilty.  I cannot
condone his act, nor will I attempt to justify his actions in this act.  I will let you know
he has been an asset to this community and has never been a threat to anyone in this
community to my  knowledge.

Yours Truly,

Reverend Barney Goins.

Honorable Thomas E. Johnston, Judge
United States District Court
300 Virginia Street, East
Charleston, WV 25323

RE: <u>United States of America v. James Gregory Glick</u>
    Criminal Action No. 2:13-cr-00225

Dear Judge Johnston,

Thank you for taking time from your busy schedule to allow me the time and discuss my friend, Greg Glick. I know you have heard many things during this trial and while reviewing the records, but I appreciate the opportunity to show another side of Greg that I would like you to be aware of.

I have known Greg for quite some time. I was acquainted with his parents also. Greg was raised in a loving home with kind parents, but was also raised to be respectful. His Father had an extremely good work ethic and taught his family the same. You may wonder why I am discussing his family, but I believe the family to be the foundation that builds character and responsibility. I think Greg certainly possess these characteristics. As time has a way of "marching on", Greg and his mother are certainly no exception. Now is the time in his mother's life that she is experiencing illness and needs some assistance. Again, Greg has willingly accepted this responsibility and assists his mother on a daily basis. He drives her if she needs to travel long distances, and often takes her to her physician appointments. It is during these times that many young men have lost respect and are often self-centered Greg has been refreshingly different. He does these things out of love and respect, and without complaints. His Mother has no one else close by, as the other children have relocated to another state and are unable to assume the responsibility.

Greg served on the City of Logan council, working to make his community a better place to reside and work. He served on the council for a full term. During this time he was active in many community projects designed to encourage business for the city and to encourage community participation and unity.

Greg has been active in children's sports programs for about five years, coaching baseball, basketball, and football. While all coaches want to win, Greg is no exception. However, he always took the time to teach the children, making sure each had an opportunity to play. As many in our area experience poverty there were often children that could not afford the expenses encountered with sports. He always made sure the children had what they needed, and without most being aware of what he would do. He always made sure their shoes fit, and they had the necessary equipment to keep them safe. During a recent season of traveling baseball, Greg participated in fund raising events so the

families involved would be able to be included.  Friday was the travel day and he would take a grill and provide food for the entire team and their family. Without this endeavor it would have been impossible for many parents to go and be able to enjoy this part of their kids life. He did many things that would allow not only children to be able to participate, but also include their family.  He is very aware of the importance of family.

Greg is a loving Father, always proud of the accomplishments of his children.  There was seldom a time that you saw Greg without his son.  His family often visited at the restaurant to allow them the time to eat together and spend time together.  He attended school events as well as participating in after school events just to have the time to be with his children.  While one can't be everywhere at once, Greg certainly put forth a great effort.  It was very obvious he loved his children and loved spending time with them.

Greg also cares for the community he not only grew up in, but now resides.  During a recent flood in our community many lost their homes and all belongings.  Greg donated items from his home and closet.  He provided water for those that did not have.  He assisted to buy shoes for children that also did not have.  He did all this out of pride and commitment to the community, not wanting anyone to know for fear his compassion would be misconstrued.  At Christmas, he would always help the LEAD organization with toys and shoes for those less fortunate.

While Greg certainly takes responsibility for his actions, the circumstances do not show this side of him.  The situation does not allow Greg to be seen as a loving son, a doting father, or a responsible person of the community.  Not many are proud of our "little town" and it is sad that some do not have the commitment and enthusiasm as Greg did.

Although I am not proud of some of the choices Greg has made I am certainly proud of his accomplishments and perseverance.  He has worked diligently to make his business successful as well as caring for his family and community.  This is not always an easy task. I am aware that every action has consequences, some good, some bad, but I also believe it to be the right thing to consider all aspects of the person.

Again, thank you for allowing me the opportunity to hopefully allow you to see a better, more trusting and committed person than the current situation does.

Sincerely,

Terrie Goins

405 Cole Street
Logan, West Virginia  25601

January 23, 2014

The Honorable Judge Thomas E. Johnston
United States District Court
300 Virginia Street East
Charleston, WV  25301


Dear Judge Johnston,

This letter is in regard to James Gregory Glick, who is awaiting sentencing in early February. I write because despite his actions and current situation, I care very much about Greg and continue to value our friendship.

I have known the Glick family for more than thirty years. Of the three children, Greg has been the only one to remain in his hometown. He readily acknowledges that he stayed in Logan to be near his parents and to enable his wife, Angel, to be near hers. As young parents, it also seemed important to Greg and Angel that their own children enjoy the benefit of grandparents in their daily lives and the experience of knowing that special love and attention that grandparents so eagerly give.

Being a father is something Greg does well. He is actively involved with his children and he appears to truly relish this role. He is obviously proud of his son and daughter, and he seems to adore them. I don't think he realized how good he would be with children or how much he would enjoy them until he had his own. I've observed him and I find him to be a natural when it comes to relating to kids. He volunteers much of his time assisting with youth league sports, and according to many of the parents whose children play on his teams, Greg's priority is to teach fundamentals and to make sure the experience is fun for the kids.

On the other side of the spectrum, Greg has always been a proud and respectful son. Early in his adult life, he made a commitment to partner with his dad in the family business, a well known downtown restaurant. This pleased his dad and it gave Greg the opportunity to really learn the business. He took this role very seriously and worked hard. He was totally involved in every aspect of the restaurant and he actually became quite an accomplished chef in the process. When his dad passed away, Greg stepped up and has done a remarkable job. He takes great pride in ensuring the continued success of the restaurant and has established its reputation as one of the finest in West Virginia.

Good son, involved dad, smart businessman, volunteer coach, and city councilman – all admirable accomplishments that have gained Greg positive recognition. However, the quality that I most admire in Greg Glick is his natural ability to be a friend and his willingness to invest the time and effort required to maintain these relationships. He nurtures his friendships, makes them a priority, and places high value

on each of them. These are not fleeting by any means, as most of his adult friendships began when he was just a child. Being Greg's friend comes with a lifetime guarantee and membership.

Knowing Greg as I do, I am certain that he deeply regrets the shame and heartache that he has brought upon his family, especially his children. Despite the impact his behaviors have had on those he loves most, I fully acknowledge that he must stand judicially accountable for his actions and for the choices he has made. Regret, no matter how deep and sincere, is certainly not adequate to satisfy the seriousness of what he has done.

There is absolute and indisputable evidence before you of Greg Glick, the criminal. Since you do not know him personally, the only glimpse you can possibly have into Greg's decency and goodness is through those of us who know him best and love him as a friend. I ask you to please give this consideration in making your decision. Thank you, sir, for taking time to read this letter.


Very sincerely,

Jane P. Watson

1-23-14

Dear Judge Johnston,
            Im writing this letter on behalf
of James Gregory Glick. Ive known
Greg for bout nine years now. Ive worked
for Mr Glick since 2006. since been
employed at 317 The steakhouse Greg
was not only my boss he was someone
I called a friend. Anytime I had something
personal going on in my life I could
always turn to him weather it was for
advice or if I just needed someone to
talk to. In July 2008 my mom went
in the hospital for one whole year.
Im a only child and had a ten year
old daughter raising on my own. My
mom was on life support so long we
had to put a trachea in her. Every
doctor and every nurse around me telling
me to give up on her. By far the hardest
thing Ive ever been though. In that
year I worked maybe three months
all together that was a day here a
day there. Greg was more than
understanding he told me my job
was there when I was able to

come back. The days I did work I took my ten year old daughter to work with me. Greg always made sure she ate while been there, he would usually bring his daughter Alyx there to keep Brooklyn company or would invite Brooklyn in to his home. He was willing to help me anyway he could. He always made sure I had gas money to get back and foward to charleston to the hospital. Greg has taught me so much over the years, honestly just how to be a better person. I have saw Mr. Glick help so many people while working there. The community alone without mention anyone name. When Aracoma mines had there accident Greg sent food there daily somedays more than once. When the flooded happened in Logan WV. Greg sent food to numbers of Churches he was always willing to help. He was so involved in his kids sports events. Where he donate money to the leadues and also

provided must of the food that he
ordered through are company. Mr.
Glick is someone I really like being
around. Ive been on vacation with
his family and my daughter. He
never made a differences between
are kids. Brooklyn is fifteen now
and Greg is someone shes looks to.
He has watched her grow up. These
are just some of the memories I wanted
to share with you. Thanks for your time.


Amanda L. Pridemore

Terri L Craft
118 Terrace Drive
Logan, WV 25601

January 7, 2014

Honorable Thomas E. Johnston, Judge
United States District Court
300 Virginia Street, East
Charleston, WV 25301

> RE:   United States of America v. James Gregory Glick
>         Criminal Action No. 2:13-cr-00225

Dear Judge Johnston,

My name is Terri L Craft. I am a teacher in Logan County, WV.

I ask for your consideration in the sentencing of James Gregory Glick. While Greg's crime is egregious, I ask that you consider the positive aspects of Greg's life as well. I believe that this crime is out of character for Greg. While he certainly must receive punishment, I hope that the sentence the Court gives will provide an opportunity for Greg to re-establish the life he led prior to this.

I have known Greg and his family for 25 years. I have watched him grow from a typical teenage boy to a responsible and hard-working man. He cares very deeply for his family. I pray that he will be allowed to rejoin them as soon as possible. His children need him. Also, his mother lives alone and depends on him, as his siblings live in North Carolina, while Greg lives near her.

Greg is a businessman and provides employment for several people. He takes good care of his employees. I know for a fact that he has paid rent, car payments and medical bills for them when they required assistance. He contributes to the community via youth sports activities. He is a volunteer coach and provides food, equipment and transportation for the children. This, in my opinion, is no small matter. Many of the youth in our area are in dire need of positive activities and

assistance.

I have never observed, nor do I have any knowledge of, Greg displaying violent behavior. My interactions with him, as well as my observations of him, have always shown him to be a patient and calm man. I do not believe that he is in any way a threat to anyone.

It gives me great sadness that Greg committed this crime. So many lives are affected by this. I know that Greg regrets his actions and accepts responsibility. Again, I ask that you consider his prior behaviors and his contributions to his family and to society. He is worthy of consideration. I believe his contributions to family and society are important. I believe that Greg Glick can and should be a contributing member of our society again as soon as possible.

Thank you for your consideration.

*Terri L Craft*

Terri L Craft

# REV.DR.CHARLES M. WOOD II
# 406 South Church Street
# Woodstock, Virginia 22664
# 540-459-8806
# (Cell) 540-335-4459

January 9, 2014


Honorable Thomas E. Johnson, Judge

United Stats District Court

300 Virginia Street, East

Charleston, West Virginia 25301



Dear Judge Johnson

This letter is in support of James Greg Glick (United States of
America vs. James Gregory Glick No. 2:13-cr-00225). I have had
the pleasure of knowing Greg for over 20 years. I performed his
wedding and had his father's funeral.

Being involved with the family over the course of 20 years, I
have the advantage of knowing and seeing Greg in a variety of
roles. As a son, Greg has been very loyal and devoted to his
parents. He has always strived to be there for them, and after
his father's death, was very concerned about his mother's well-
being.

As a father, he is devoted to his children. His face lights up
as soon as they enter the room. As a husband, his love is
evident by the treatment he gives to his wife. Everyone can see
this family as a loving and caring unit. This is mainly because
of the role that Greg plays in this setting.

As a town council member, he was very concerned about making Logan a better place to live. He only wanted the best for his community. He attended each meeting and was engaging in the business of the town of Logan.

As a business man, Greg was totally involved in making it one of the finest restaurants in the area. He greeted his clients with a smile and was very accommodating to each one of them. He took pride in the food that was served.

In all the years I have known Greg, I have never seen him display any violent behavior. Yes, he has a temper, like most of us, but he always kept it under control. There have been times when he was in a confrontational situation and he handled himself extremely well…even walking off on several occasions rather than to be drawn into a fight. Greg knows his boundaries and works hard to stay within those boundaries.

Greg has always been a friend to my family. As such, I would like to ask that you consider all of his good qualities when considering his sentence. As with each one of us, we sometimes make wrong choices. The fact that Greg is willing to take full responsibility for his actions shows, I believe his true character. Hopefully this will come into play when you consider his case and his sentencing.

If you have any further questions please feel free to call me. I would be be willing to come to Charleston to speak on his behalf, if needed.


Yours Truly

Rev. Dr. Charles M. Wood II

Patricia A. Brannon
118 Terrace Drive
Logan, WV 25601

January 7, 2014

Honorable Thomas E. Johnston, Judge
United States District Court
300 Virginia Street, East
Charleston, WV 25301

   RE:  <u>United States of America v. James Gregory Glick</u>
      Criminal Action No. 2:13-cr-00225

Dear Judge Johnston,
 I am writing this letter in support of James Gregory Glick, who will appear before you on February 19, 2014, to be sentenced in the above referenced action.

 I have known Greg's family, and especially Greg, for approximately 25 years. As the manager of the family business, Greg has proven to be an astute and intuitive businessman, making this local eatery an establishment that many in the Logan area go to for fine dining. As a responsible business leader, Greg has also contributed generously to and donated valuable time and resources to community activities, specifically youth athletics. He has had a positive influence on many of the youth of Logan County by his selfless contributions of time and money in the furtherance of developing not only the athletic prowess of young people, but also acting as positive influence in their moral and social maturity.

 I provide this reference with the full knowledge that Greg has pled guilty to the charges before you; however, I am firmly convinced that this event was a completely uncharacteristic abberation and one which I believe he sincerely and completely regrets.

 Greg has accepted responsibility for his transgression; I hope that this letter will give you a perspective of him consistent with respect for the law and dedication to the community, totally inconsistent with charges before you. He has a wife, children, a brother, sister, and a

loving mother who depends on him to run the business. These people, as do I, believe that Greg is capable of moving forward from this matter and return to being a contributing member of his community.

Thanking you in advance for your consideration of this matter, I am

Respectfully,

Patricia A. Brannon

January 3, 2014

Honorable Thomas E. Johnston, Judge
United States District Court
300 Virginia Street, East
Charleston, WV 25301

Re:  United States of America v. James Gregory Glick
        Criminal Action No. 2:13-cr-00225

Dear Judge Johnston,

As a long time friend of James Gregory Glick I would like to take this time and share with you the type of person Greg really is.

Since 2008 our boys have went to school together and played ball together.  Greg has been the coach for the Logan County Cowboys Football team that our boys have played together on.  He also has coached the Logan County Cal Ripken regular season team and the baseball travel team in which our boys play together on. During the past four years our families have become the "baseball" family.  We have spent the past four springs and summers with our "baseball" family which includes Greg and his family.

As a close friend to Greg and his family I have seen only kindness from Greg.  You always see a smile on his face and he always asks, " How are you?".  Each baseball trip he would make sure everyone on the ball team is taken care from ball player to grandparents and siblings. He would not make a difference in anyone.  My family and I have spent countless hours with him and his family in the past four years during regular season and travel season. During these ball trips I have seen other coaches on our team disagree with calls made and Greg simply shrugs it off and would say "let's just keep playing ball".

My family and I also have spent time with Greg and his family outside our "baseball" family. Greg has always been kind and sincere to everyone.  His demeanor as a person is heartfelt, unselfish and thoughtful. Continually being friendly with all those around him.

Greg will be missed during the time he is away from his family and friends.  I am sure he has disappointed those that care about him.  But as loyal friends always do we will stand

by him for stepping up and accepting the sentence he is given.  Once Greg has served his time our "baseball" family will be ready to play ball again.


Sincerely,

Tricia Lowe
and Family

128 Nighbert Ave.
Logan, WV  25601
December 27, 2013

Honorable Thomas E. Johnston, Judge
United States District Court
300 Virginia Street, East
Charleston, WV  25301

        RE:    <u>United States of America v. James Gregory Glick</u>
               Criminal Action No. 2:13-cr-00225

Dear Judge Johnston,

      I am writing on behalf of James Gregory Glick, as referred to in this letter as Greg.  I have been a teacher in Logan County for over thirty years, during which time I have known Greg and his family well. Since Greg was a child, we have lived in the same neighborhood, and most recently Greg has lived across the street from me with his wife and two children.

      There have been many times over the years when I have needed some assistance with one thing or another, and Greg has always been very considerate to offer his help.  To share a few examples with you:  First, while I was assisting my elderly neighbor from my car, she fell and I was unable to help her up.  Greg saw what had happened and ran to help us.  He made sure that she was ok, and helped her into her home.  Another time I had pulled my car up into my very narrow driveway during a storm, and was later unable to back it out myself.  Again, Greg came to the rescue and did it for me.  Often he has offered to carry heavy items from my car to my home.  He also helped my daughter when she moved in to an apartment up the street.  In short, there has always been a standing offer of assistance whenever I need it.

      Not only has Greg been a great neighbor, he has been a doting and attentive father as well.  I have observed him on numerous occasions spending time with his son and daughter and their friends playing outside.  Further, my friends and I have frequented 317, the restaurant Greg managed in Logan, on numerous occasions.  Greg always provided a warm greeting and made sure that we were taken care of.  Greg's management of 317 no doubt made it the best restaurant in town.

      In closing, while I am aware that Greg has admitted wrongdoing, he has many admirable qualities, including being a kind and considerate neighbor upon whom I could always depend.

Sincerely,

*Martha E. Daniel*

Martha E Daniel

Robert Mayhorn
752- bayside drive- condo a-203
Cape canaveral, fl.32920
bobo81878@yahoo.com
3046872815


Honorable Thomas E Johnston, Judge                December 3, 2013
United States District Court
300 Virginia Street, East
Charleston, WV 25301

RE: United States of America vs. James Gregory Glick
    Criminal action No.2:13-cr-00225
    Dear Judge Johnston,
        I have known Greg Glick since he was born.  His brother and sister were the
ring bearer and flower girl in my wedding forty three years ago.  I watched him
grow up and he was a great little athlete always starring on his baseball team.
After high school he became quite an avid golfer and despite our age difference
we remained close friends.  I have played hundreds of rounds of golf with him, as
his job at his restaurant allowed him afternoons off, as did mine.  Greg is a fellow
restauranteur as well as a competitor.  After golf,  Greg would always leave in a
hurry either to pick up Alyx and Jarron from school or to get home to spend time
with them in the evenings.  His office was always wallpapered with their school
work and notes and drawing of "Daddy"  He is a great father and a great mentor to
his baseball and football teams.  He has been coaching for a few years.  His son
Jarron is quite the athlete also.  My grandson is on the baseball team and loves
coach "greg".  I have been to several games and although he has a competitive
spirit he never yelled at the kids and showed lots of patience regardless of their
skills.  I know because my grandson, Conner' is not that good.
        This is still hard to talk about but 17 years ago, I lost my 20 year old son, Shane
to suicide.  I'll never forget that Greg and Angel Glick were two of the first people
there offering comfort to my wife and I and especially Shane's little brother Jay.
They showed so much compassion and Greg and Jay have remained friends to this
day.  Again Greg will do anything for his kids and the kids on his teams.  I know
he also financially supported the little league too.  Not just with sponsor money,

but buying the kids shoes and gloves and food out of his pocket.  It's hard to find a more generous person.  I would trust him to take my grandchildren anywhere, as I'm sure he would treat them as his own.

Greg has a beautiful supporting family.  I talked to his mother in lenghth last week when I was in WV.  Naturally she is devastated over his problems and I know the rest of his family is also.  Im sure I don't know the details of his crimes, and I know you as Judge has guidelines, but hoping you will be as lenient as possible.    Thank you for your time and consideration.

Respectively,
Robert Mayhorn

**LEONARD HOVIS**
**115 SAYER CIRCLE**
**LOGAN, WV  25601**
**(304) 752-4345**

December 2, 2013

Hon. Thomas E. Johnston, Judge
United States District Court
300 Virginia Street, East
Charleston, WV  25301

Re:     United States of America
        Vs. James Gregory Glick
        Criminal Action No.
        2:13—CR00225

Dear Judge Johnston:

I am writing this letter in support of my long-time friend, Greg Glick.

Greg and I have had occasion to spend a lot of time together since he was nine years old or for thirty-five-plus years.  Because I have two sons, one of whom is one year younger than Greg, I coached a little league team, which played against his team, for more than four years.  After that, we have played golf together and have had many enjoyable social occasions together.  My wife and I have been frequent customers in his restaurant, both before and after his father's death.  For more than twenty years, my wife and I have had many hours of intimate contact with Greg, his wife Angel, and both sets of parents and have always found Greg to have been a caring friend and very trustworthy.

Greg was a Logan City Council member and always involved in city projects.

He has also been an outstanding little league coach for his sons' teams in baseball, football and basketball, helping many less fortunate children in the league, both on his teams and other kids in the league.

I hope this letter will help you to better understand my <u>nonviolent</u> friend, Greg Glick.

I am anxiously awaiting his return to Logan and his restaurant, where friends meet friends, and I will continue to be a loyal customer and supporter in his absence.

Very truly yours,

Leonard Hovis

# HOUSE OF DELEGATES
## WEST VIRGINIA LEGISLATURE

BUILDING 1, ROOM 224-E
1900 KANAWHA BLVD., EAST
CHARLESTON, WV 25305-0470
PHONE (304) 340-3174
EMAIL: RUPERT.PHILLIPS@WVHOUSE.GOV

RUPERT PHILLIPS, JR.
P.O. BOX 194
LORADO, WV 25630
(304) 687-9793 (C)

January 14, 2014

Committees:
  Interstate Cooperation Committee,
    Vice Chair
  Finance
  Natural Resources
  Energy, Industry and Labor, Economic
    Development and Small Buisness
  Bank and Insurance

The Honorable Thomas E. Johnson, Judge
United State District Court
300 Virginia Street, East
Charleston, WV 25301

RE:   United States of America v. James Gregory Glick
      Criminal Action No. 2:13-cr-00225

Dear Judge Johnston:

I have had the privilege of knowing James Gregory Glick for over 20 years.  During these years, I have had the opportunity to interact with him on both a professional and personal basis.

As an individual in the Mining Industry, I have entertained customers at the 317 Steakhouse where Mr. Glick, owner, was always professional, warm and welcoming to my clients and me.  On numerous occasions, I have witness Mr Glick giving back to his community by supporting local schools and non-profit agencies; giving to his customers whether in need or through family tragedy; and to his friends whenever the need would arise.

I have been able to also witness Mr. Glick's interaction with his family.  As a father, I can tell the care he has for his children by the manner in which he cares for them.

I appreciate Mr. Glick accepting full responsibilities for his actions.  It makes a statement to his children and community of his character.  If I can provide you with additional information or answer any questions, please do not hesitate to me.

Sincerely,

Rupert Phillips, Jr.

prefers interim mail at home address



# HOUSE OF DELEGATES
## WEST VIRGINIA LEGISLATURE

BUILDING 1, ROOM 224 - E
1900 KANAWHA BLVD., EAST
CHARLESTON, WV 25305-0470
PHONE (304) 340-3174
EMAIL: RUPERT.PHILLIPS@WVHOUSE.GOV

RUPERT PHILLIPS, JR.
P.O. BOX 194
LORADO, WV 25630
(304) 687-9793 (C)

January 14, 2014

Committees:
Interstate Cooperation Committee,
  Vice Chair
Finance
Natural Resources
Energy, Industry and Labor, Economic
  Development and Small Buisness
Bank and Insurance

The Honorable Thomas E. Johnson, Judge
United State District Court
300 Virginia Street, East
Charleston, WV 25301

RE:   <u>United States of America v. James Gregory Glick</u>
      Criminal Action No. 2:13-cr-00225

Dear Judge Johnston:

I have had the privilege of knowing James Gregory Glick for over 20 years. During these years, I have had the opportunity to interact with him on both a professional and personal basis.

As an individual in the Mining Industry, I have entertained customers at the 317 Steakhouse where Mr. Glick, owner, was always professional, warm and welcoming to my clients and me. On numerous occasions, I have witness Mr Glick giving back to his community by supporting local schools and non-profit agencies; giving to his customers whether in need or through family tragedy; and to his friends whenever the need would arise.

I have been able to also witness Mr. Glick's interaction with his family. As a father, I can tell the care he has for his children by the manner in which he cares for them.

I appreciate Mr. Glick accepting full responsibilities for his actions. It makes a statement to his children and community of his character. If I can provide you with additional information or answer any questions, please do not hesitate to me.

Sincerely,

Rupert Phillips, Jr.

prefers interim mail at home address



*Philip M. Majestro, D.D.S.*
*Walter A. Nagy, D.D.S.*

830 OAKWOOD ROAD
CHARLESTON, WV 25314
TELEPHONE: (304) 344-4003

January 8, 2014

Honorable Thomas E. Johnston, Judge

United States District Court

300 Virginia Street, East

Charleston, WV 25301

Re: **United States of America v. James Gregory Glick**

    **Criminal Action No. 2:13-cr-0025**

Dear Judge Johnston:

    I am a lifelong friend of "Greg" Glick and his family.  Also, I provide dental care for Greg and his family at my Chapmanville office.

    I've known Greg since I was 8 years old and he has always been very athletic and driven. Greg is very well-known, friendly, out-going, and an active member of the community.

    I played various sports, i.e. basketball, football, and baseball, with Greg growing up and never knew him to have an aggressive or violent personality.  In my opinion, if a person possesses these traits, it would manifest in sporting competitions.

Greg is a very responsible parent, bringing his children to my office for regular check-ups every 6 months.  He always displays genuine love and care toward his children and is always friendly and polite to my staff.

Sometimes, people get involved with the wrong type of crowd, whether we are young or old, becoming influenced to make bad choices that we normally would not.  "Good" people make mistakes, too.  Everyone deserves consideration for a "second chance", especially when there are children that need their father.

Thank you for your time and consideration in this matter.

Sincerely,

Walter A. Nagy, D.D.S.

Honorable Thomas E. Johnston, Judge

United States District Court

300 Virginia Street, East

Charleston, WV 25301


RE:      United States of America v. James Gregory Glick

         Criminal Action No. 2:13-cr-00225


Dear Judge Johnston,

My name is Kelly Gilgo Glick and I am married to Greg's brother, Michael. I have known Greg for seven years. I was a widow when I married Greg's brother with three young children. From the moment we met Greg with his bigger than life smile we thought the world of him. Greg has a way of making those around him feel very special. I can remember one of the first times we met Greg like it was yesterday. We left our home in North Carolina and drove to his restaurant in West Virginia. We were supposed to be celebrating "his" birthday but by the end of the evening you felt as if it had been your own birthday. He told the kids to have anything they wanted on the menu and they were allowed to help themselves to as much soda as they wanted. By the time we finished making actual s'mores at the table my kids felt like they had just had a night in Disney.

Greg is kind and quick with a smile and hug. My three children and I think he is a wonderful Uncle, father, brother and friend. Our hearts are breaking for Greg and his entire family. We understand that Greg is accepting full responsibility for his actions. We cannot begin to wrap our heads around

what has happened.  Greg would give the shirt off of his back to anyone in need.
He is truly a wonderful man who made a terrible decision that is affecting
everyone in his life that loves him.  His actions in no way are a testament to who
he has always been.

Thank you for your time.

Fondly,

Kelly Gilgo Glick

Jason Mayhorn
126 Stollings Ave
Logan, WV 25601
January 22, 2014


Honorable Thomas E. Johnston, Judge
United States District Court
300 Virginia Street, East
Charleston, WV 25301

RE:  United States of America v. James Gregory Glick
        Criminal Action No. 2:13-cr-00225


Dear Judge Johnston:

I have had the pleasure of knowing Greg and his family for nearly my whole life.  I have
many fond memories of hitting golf balls and playing golf with him during my high
school and college golfing years.  He has always been a good friend to myself and my
family and was one of the first people I remember that visited the house when I tragically
lost my bother.  I had the pleasure of working with him for around a period of five years
as a foodservice salesman and foodservice consultant through SYSCO Foods.  Through
this time I could not have been happier with the business relationship and the way Greg
conducted himself professionally as a business man.

I also crossed paths this past year with Greg in the way of him coaching my son in
baseball.  Operating a restaurant myself I am far too familiar with the time demand it
takes to be successful in that line of work.  I was impressed with the amount of time and
effort Greg put towards coaching the kids and teaching them about playing the game as
well as playing together as a team.  I feel he cared about each and every one of them.  I
knew he had all but quit golf in order to spend as much time as possible with his kids but
I never knew how much time until I experienced my son being on his team.

I understand Greg has taken responsibility for his actions in the matter at hand.  I am
proud of him for this. And while I may never understand the events that transpired to
have him in this situation, I still believe Greg to be a good person with a big heart who
truly cares for his children and all the kids he has coached over the last few years.


Sincerely,

Jason Mayhorn

Tennis Mullins, Jr.
307 Godby Branch Road
Chapmanville, WV 25508
304-855-3294



December 20, 2013

Hon. Thomas E. Johnston, Judge
United States District Court
300 Virginia Street, East
Charleston, WV 25301

Re: United States of America
    Vs. James Gregory Glick
    Criminal Action No. 2:13-CR00225

Dear Judge Johnston:

I am writing this letter in support of my longtime friend, Greg Glick.

Greg was a Logan City Council member and always involved in city projects.
He has also been an outstanding little league coach for his sons' teams in
baseball, basketball and football, helping many less fortunate children in the
league.

I am looking forward to his return to Logan and his restaurant, where I will
continue to be a loyal customer and supporter in his absence.

Sincerely,

Tennis Mullins, Jr.

Tennis Mullins, JR.
307 Cadby Br. Rd.
Chapmanville, WV 25508

CHARLESTON WV 250

20 DEC 2013 PM 3 L

Hon. Thomas E. Johnston
United States District Judge
300 Virginia St, EAST
Charleston, WV 2530 1

25301250399



FOREVER



*Philip M. Majestro, D.D.S.*
*Walter A. Nagy, D.D.S.*

RECEIVED
JAN 07 2014
BY

830 OAKWOOD ROAD
CHARLESTON, WV 25314
TELEPHONE: (304) 344-4003

January 8, 2014

Honorable Thomas E. Johnston, Judge

United State District Court

300 Virginia Street, East

Charleston, WV  25301

Re: **United States of America v. James Gregory Glick**

      **Criminal Action No. 2:13-cr-0025**

Dear Judge Johnston:

    I am a lifelong friend of "Greg" Glick and his family.  Also, I provide dental care for Greg and his family at my Chapmanville office.

    I've known Greg since I was 8 years old and he has always been very athletic and driven. Greg is very well-known, friendly, out-going, and an active member of the community.

    I played various sports, i.e. basketball, football, and baseball, with Greg growing up and never knew him to have an aggressive or violent personality.  In my opinion, if a person possesses these traits, it would manifest in sporting competitions.

Greg is a very responsible parent, bringing his children to my office for regular check-ups every 6 months.  He always displays genuine love and care toward his children and is always friendly and polite to my staff.

Sometimes, people get involved with the wrong type of crowd, whether we are young or old, becoming influenced to make bad choices that we normally would not.  "Good" people make mistakes, too.  Everyone deserves consideration for a "second chance", especially when there are children that need their father.

Thank you for your time and consideration in this matter.

Sincerely,

Walter A. Nagy, D.D.S.



Philip M. Majestro, D.D.S
Walter A. Nagy, D.D.S.

830 OAKWOOD ROAD
CHARLESTON, WV 25314

CHARLESTON WV 250
05 JAN 2014 PM 3 L



25301 250399

Honorable Thomas E. Johnston, Judge
United State District Court
300 Virginia Street, East
Charleston, WV 25361